IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JOSEPH VALENZUELA, CLAYTON ADAMS, GUADALUPE LOPEZ, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. CV-06-393-S-BLW (Lead Case) |
| vs. | ) ) | |
| CANYON COUNTY, et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |
| ANTICETO BETANCOURT, JESUS DE LA ROSA, HUGO TORRES, CLINTON RUSH, et al., | ) ) ) ) ) | Case No. CV-06-421-S-BLW |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CANYON COUNTY, et al., | ) ) | |
| Defendants, | ) ) | |
| HUGO TORRES, | ) ) | |
| Plaintiff, | ) ) | |
| vs. CANYON COUNTY COMMISSIONER ROBERT VASQUEZ, | ) ) ) ) ) | Case No. CV-06-422-S-BLW |
| Defendant, | ) ) | |

This case was reassigned to the District Court for further proceedings, and Plaintiff

**ORDER  1**

Aniceto Betancourt filed the following Motions: (1) Motion for Issuance of Subpoenas (Docket No. 51); (2) Motion to Add Defendant (Docket No. 56); (3) Motion to Appoint Counsel (Docket No. 60); and (4) Motion for Recusal (Docket No. 61).

Magistrate Judge Boyle appointed the law firm of White Peterson to investigate several complaints that had been received from individuals incarcerated in the Canyon County Detention facility. The results of the investigation showed that some of the individuals who initially expressed a desire to participate as Plaintiffs in this action were no longer interested in participating, and in some cases, the individuals were unable to be located. The investigation also showed that one of the initial Plaintiffs is now deceased. Many of the past Orders pertaining to this action have been returned to the Court as undeliverable, and it appears that only two of the original Plaintiffs have provided change of address information to the Court.

Based on the foregoing, the Court will issue a notice of intent to dismiss the claims set forth in the consolidated actions based on the failure to state claims upon which relief can be granted. The Court will provide leave to file an amended complaint for those individuals who intend to proceed in the lawsuit.

The Court is aware that Plaintiff Aniceto Betancourt has filed numerous civil rights actions in this Court, some of which have been dismissed as legally frivolous, vexatious, and harassing. *See e.g., CV07-69-S-BLW, CV07-71-S-BLW; CV07-83-S-BLW; CV07-84-S-BLW; CV07-85-S-BLW; CV07-86-S-BLW; CV07-87-S-BLW; CV07-88-S-BLW; CV07-99-S-BLW; CV07-100-S-BLW; CV07-101-S-BLW; CV07-102-S-BLW;*

**ORDER 2**

*CV07-289-S-BLW*.  It has also become evident that Mr. Betancourt was filing complaints and other documents on behalf of individuals and signing the individuals' names on the documents without those persons' authorization.  Therefore, the Court admonished Plaintiff Betancourt to desist in this behavior.

Because it is uncertain as to whether any Plaintiffs in addition to Mr. Betancourt intend to proceed as Plaintiffs in this action, the Court will deny the pending motions without prejudice to re-filing them until after an amended complaint is filed.  After the amended complaint is filed, the Court will determine whether to appoint new counsel to represent the remaining Plaintiffs.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion for Issuance of Subpoenas (Docket No. 51); (2) Motion to Add Defendant (Docket No. 56); (3) Motion to Appoint Counsel (Docket No. 60); and (4) Motion for Recusal (Docket No. 61) are DENIED without prejudice to re-filing them.

IT IS FURTHER HEREBY ORDERED that Plaintiffs's consolidated Complaints are dismissed pursuant to 28 U.S.C. § 1915 (e)(2)(B).  Those individuals who intend to proceed as potential plaintiffs in this action shall file a single amended complaint containing all of the civil rights claims within thirty (30) days of this Order's date.  Each individual who intends to proceed as a plaintiff shall sign the amended complaint, and the

signature page may be filed in counterparts, thereby allowing each individual to sign a separate page to be attached to the amended complaint.

DATED: **January 29, 2008**



B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER 4**